JOHN SCHWENDNER, Respondent, *v.* MINNIE SCHNEIDER, as Administratrix of the Estate of FRED SCHNEIDER, Deceased, Defendant, and LA MURA CONTRACTING COMPANY, Appellant.

*Negligence — streets — injury to passenger in street car through his arm striking beam erected close to rail.*

*Schwendner* v. *Schneider*, 206 App. Div. 746, affirmed.

(Argued November 22, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The plaintiff was a passenger on a trolley car running along Sedgwick avenue, New York city, and was injured by his arm being crushed and broken by coming in contact with an upright beam, which stood eight inches from the rail on which the car in which the plaintiff was a passenger was running.

*Bertrand L. Pettigrew, Walter L. Glenney* and *Everett W. Bovard* for appellant.

*Clarence E. Thornall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

JAMES A. FISHER, Respondent, *v.* GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Respondent, Impleaded with Another.

ERNEST J. BAILEY, Appellant.

*Appeal — order bringing in new party defendant — appeal, without permission, to Court of Appeals dismissed.*

*Fisher* v. *Bullock*, 204 App. Div. 523, appeal dismissed.

(Submitted November 22, 1923; decided December 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered